IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANON INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 03-241-JJF ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff St. Clair Intellectual Property Consultants, Inc. and the undersigned counsel for defendants Canon Inc., Canon U.S.A., Inc., Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A, Inc. and Fujifilm America, Inc., and subject to the approval and order of the Court, that:

1. Section 3(a)(1) of the Protective Order (D.I. 252) in this case is hereby revised to include the law firm of Dykema Gossett PLLC; and

2. Section 3(a)(1) will now read: For Plaintiff St. Clair: Robins, Kaplan, Miller and Ciresi L.L.P.; its corporate counsel Dykema Gossett PLLC; and its local counsel Richards, Layton & Finger.

RICHARDS, LAYTON & FINGER

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (I.D. #2555)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-1100

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (I.D. #1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendants Canon Inc. and Canon U.S.A., Inc.*

ASHBY & GEDDES

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

*Attorneys for Defendants Fuji Photo Film Co.,
Ltd., Fuji Photo Film U.S.A., Inc. and
FUJIFILM America, Inc.*

SO ORDERED, this _____1_____ day of _March_, 2005

_____
United States District Judge